[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 8, 2006
THOMAS K. KAHN
CLERK

No. 06-12811
Non-Argument Calendar

_____

D. C. Docket No. 04-00080-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM J. ABRACZINSKAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 8, 2006)

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Spyro Theodore Kypreos, appointed counsel for William J. Abraczinskas on

this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Abraczinskas's conviction and sentence are **AFFIRMED**.